IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEREK A. CLIFTON,
    Plaintiff,
    v.
CORRECTIONS OFFICER MICHAEL
FREEMAN, et al.,
    Defendants

Case No. 3:12-cv-171-KRG-KAP

## MEMORANDUM ORDER

The motion at docket no. 5 was referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on November 7, 2012, docket no. 6, recommending that plaintiff's motion be denied.

The plaintiff was notified that, pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. Plaintiff has not filed objections, and the time to do so has expired.

After review of the record and the Report and Recommendation, and noting the lack of timely objections thereto, the following order is entered:

AND NOW, this **3rd** day of December, 2012, it is

ORDERED that plaintiff's Motion for Reconsideration, docket no. 5, is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

    Derek A. Clifton HP-2615
    S.C.I. Dallas
    1000 Follies Road
    Dallas, PA 18612